**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

'11 - CV - 02713

Civil Action No. 2011.
(To be supplied by the court) Jury Trial Demanded

Joshua Lamont Sutton, Plaintiff,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2011

GREGORY C. LANGHAM
CLERK

v.

Sgt. Raeine, unknown first name,

Deputy Jesse Vargas, and,

Deputy Jason Japhet,

in both their individual and official capacities,

________________,

________________,

________________,

________________, Defendant(s).

(List each named in a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 1/30/07)

## A. PARTIES

1. Joshua Lamont Sutton, #96446, Territorial Correctional Facility, PO Box 1010, Canon City, Colorado 81215
(Plaintiff's name, prisoner identification number, and complete mailing address)

2. Sgt. Racine (Crowley County Sheriff's Office), unknown first name, 110 E. 6th St., Ordway, Colorado 81063
(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:

At the time of occurance, was on the job as a Colorado government Official for the Crowley County Sheriff's Office.

3. Deputy Jesse Vargas, ~~unknown first name~~, Bent County Sheriff's Office, 1100 County Rd. GG.5, Las Animas, Colorado 81054
(Name, title, and address of second defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:

At the time of occurance, was on the job as a Colorado government Official for the ~~Bent~~ Bent County Sheriff's Office.

4. Deputy Jason Japhet, Bent County Sheriff's Office, 1100 County Rd. GG.5, Las Animas, Colorado 81054
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:

At the time of occurance, was on the job as a Colorado government Official for the Bent County Sheriff's Office.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

X 28 U.S.C § 1343 and 42 U.S.C. § 1983 (state prisoners) ; Deprivation under color of State law.

___ 28 U.S.C. § 1331and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

42 United States Code Section 1985; Conspiracy to deprive.
42 United States Code Section 1986; Neglect to Prevent Conspiracy.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On About 07-24-2009

A. 1. Plaintiff, while in Crowley County Colorado [redacted] Visiting his girlfriend Elisabeth Llaca, was having trouble with his RV and pulled into an abanddoned property to service his RV.

2. Plaintiff was approached by Five (5) Officials of Crowley County and told that they had received a report that a ~~scarry~~ scary looking black guy was parked and working on his RV. [redacted]

3. Plaintiff was arrested [redacted] and charged with 2nd Degree Trespass, case #C09M63, by Sgt. Racine (also plaintiff filed a complaint with the undersheriff, case # unknown).

4. Plaintiff made several attempts and did contact the prosecutor on the case and explained the above racially motivated actions of Sgt. Racine.

5. After severing ten (10) days imprisonment, all charges against plaintiff were dismissed in the Interest of Justice. See Support Documents Orignals Attached, with court cop.

On About 02-04-2010

B. 1. Plaintiff, while ~~in the custody of~~ being housed at the Bent County Sheriff's Office, was attacked, repeatedly hit about the face and body by Four (4) white inmates. See Id, (photo of injuries).

2. Plaintiff was denied immediate medical emergency help by Deputy Jesse Vargass.

3. [redacted] The following day, plaintiff was found in a cellroom unconscious, with a swollen and bruised face and body, loss of vision, and had vomitted and urinated on himself.

4. After Being diagnosed by the Arknansas Valley Regional Medical Center in LaJunta Colorado with a massive concussion, Deputy Jason Japhet charged the "plaintiff" [redacted] with Harassment, and fighting [redacted]. 5. Plaintiff reported Vargass and Japhet's actions to the prosecutor, and that the video of his being attacked and medical records of his "serious" injuries were not in the File.

6. ~~All~~ charges against plaintiff were dismissed. See Id.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show haw each person was involved in each claim. You don not need to cite specific cases to support you claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Violation of U.S. Constitution Amendment V and XIV.

Supporting Facts:

1. Plaintiff hereby incorporates sections A. and B of page 3; Nature of the Case, as though fully set forth herein.

2. The ~~D~~ Defendant(s) deprived and conspired to deprive, or attempted to deprive plaintiff of liberty and property without due process of law against plaintiffs United States Constitution Amendment Article V and XIV, a violation of Federal Civil Statute Title 42 U.S.C. Section 1983 and 1985.

3. The Defendant Deputy Jason Japhet neglected to prevent the conspiracy, a violation of Id. 1986.

4. The Defendant(s) conspired to injure, oppress, threaten, or intimidate plaintiff in the State of Colorado in the free exercise or enjoyment of his right(s) or privilege(s) secured to him by the Constitution or laws of the United States or because of him having so exercised the same, a violation of the Federal Criminal Statute Title 18 U.S.C. Section 241. If convicted, shall be fined under this title or imprisoned not more than ten (10) years or both.

5. As a result plaintiff was injured, ~~with the~~ of lost wage or income, suffered physical and mental pain, and incurred medical expenses of an unknown amount.

2. Claim Two: ______________________________________________

Supporting Facts:

3. Claim Three: ____________________________________________

Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __Yes ✓No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information of r each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: ____________________

2. Docket number and court name: ____________________

3. Claims raised in prior lawsuit: ____________________

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): ____________________

5. If the prior lawsuit was dismissed, when was it dismissed and why? ____________________

6. Result(s) of any appeal in the prior lawsuit: ____________________

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓Yes __No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓Yes __No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF".

Wherefore, plaintiff respectfully prays that this Honorable Court:

1. Order Declaratory Judgment that the acts and omissions herein ~~violated~~ violated plaintiffs rights.
2. Enter ~~per~~ preliminary and permanent injunctions ordering defendant(S), successor, agents, employees, and all persons acting in concert with them to protect plaintiff. [redacted]
3. Pursuant to Federal Criminal Rule 4, issue warrant(S) for the arrest of defendant(S).
4. Award plaintiff nominal, compensatory, and punitive damages against Defendant(S) in the amount established by the evidence and any other relief deemed just and proper.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 10-13-2011
(Date)

J. Sutton
(Prisoner's Original Signature)

Joshua Lamont Sutton, #96416
Colorado Department of Corrections
Territorial Correctional Facility
PO Box 1010
Canon City, Colorado 81215

Certificate of Service

I Joshua L. Sutton do hereby certify that a true and accurate copy of this complaint was served, to the Defendants by US Mail, on the Defendants representative:
1. Attorney Jonathan A. Cross # 6880, 7100 E. Belleview Ave, Suite G-11 Greenwood Village, Co. 80111

X: J.S. 10-13-2011

Support Document Originals

CROWLEY COUNTY C09M63

SUTTON, JOSHUA 16209M63 CROWLEY
08/17/77 RACINE CCSO
07/24/09 09-04-0884
2° TRESPASS 18-4-503(1)(a)

Dismissed - interest of justice

OTERO COUNTY 009T181

SUTTON, JOSHUA 16009T181 OTERO
08/17/77 SCHUELLER OCSO
02/24/09 09-0104
NO INSURANCE-OWNER 42-4-1409(1)
DRIVING UNDER RESTRAINT 42-2-138(1)(a)
EXPIRED PLATES 42-3-114

DM - Δ shows proof permit / ins

OTERO COUNTY 009T173

SUTTON, JOSHUA 16009T173 OTERO
08/17/77 MCELROY OCSO
02/22/09 09-0095
NO INSURANCE-OWNER 42-4-1409(1)
EXPIRED PLATES 42-3-114
DRIVING UNDER RESTRAINT 42-2-138(1)(a)

DM - Δ shows proof permit / ins

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

| INVESTIGATION REQUEST LOG CASE # 10CR23 | | | |
|---|---|---|---|
| DATE | TIME | DESCRIPTION OF EVENTS | FOLLOW UP |
| 2/4/2010 | 10:30am | I went to OCJ and picked up app on Mr. Sutton, explained process and told him his attny was GM. | Did not notice any physical injuries. |
| 2/5/2010 | 8:13am | Received telephone vm from Mr. Sutton, he stated he was attacked by 3 or 4 people in the jail, he needed medical help, photographs of injuries. | Forwarded vm to GM |
| 2/5/2010 | | Received vm from LM with a vm from Mr. Sutton, explained that he was in Bent county jail and had been attacked, needed medical attention recvd none so far and wanted out of the jail, said he had enough bail money. | Forwarded vm to GM |
| 2/5/2010 | 11:56am | Received request from GM to go take photographs | |
| 2/5/2010 | 5:00pm | Went to Bent County Jail and took photographs of injuries, told him to make statements to his attny only, printed pics for GM and placed them in a file for her to review. | 6:30pm sent email to GM as update. |
| 2/8/2010 | approx. 8:00am | EMAIL RCVD FROM JOY: Called this morning. He's in segregation still. Unhappy, wants to be sent back to otero cty jail. Asked if I knew what was going on and I said yes. Did not talk w/him about anything, just said I would let you know what was up. He will be calling back. Joy | We recvd email from JK, COPY OF JOY K.'s EMAIL. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Klein-Moreno, Heidi

**From:** Klein-Moreno, Heidi

**Sent:** Friday, February 05, 2010 6:21 PM

**To:** Morrison, Gail

**Subject:** RE: pictures

Good afternoon~

I was able to get the photographs of Joshua Sutton. I did want to make note that when I picked up his application on 2/4/2010 at approximately 10:30am, I did not notice any of the injuries that are shown in the photographs. Thank you for the opportunity Gail!

Kindly,
Heidi Klein-Moreno

**I have printed the pictures and placed them in your basket for review. I also have them saved and placed them in a file on your drive.

CONFIDENTIALITY NOTICE: This email contains confidential information and is intended only for the individual named. If you are not the intended recipient, you should not read, disseminate, distribute or copy this email. Please notify the sender immediately if you received this email by mistake and delete this email from your system.

---

**From:** Morrison, Gail
**Sent:** Friday, February 05, 2010 5:05 PM
**To:** Klein-Moreno, Heidi
**Subject:** RE: pictures

Thanks Heidi. I am so sorry you have to do this on a Friday afternoon. ☹
Thanks again. Have a good weekend.
gail

CONFIDENTIALITY NOTICE: This email contains confidential information and is intended only for the individual named. If you are not the intended recipient, you should not read, disseminate, distribute or copy this email. Please notify the sender immediately if you received this email by mistake and delete this email from your system.

---

**From:** Klein-Moreno, Heidi
**Sent:** Friday, February 05, 2010 4:39 PM
**To:** Morrison, Gail
**Subject:** RE: pictures

Good afternoon Gail~

I am on my way now, I will have them on disk for you Monday 2/8/2010☺

Kindly,
Heidi Klein-Moreno

CONFIDENTIALITY NOTICE: This email contains confidential information and is intended only for the individual named. If you are not the intended recipient, you should not read, disseminate, distribute or copy this email. Please notify the sender immediately if you received this email by mistake and delete this email from your system.

---

**From:** Morrison, Gail
**Sent:** Friday, February 05, 2010 11:56 AM

**To:** Klein-Moreno, Heidi
**Cc:** Torrez, Raymond
**Subject:** pictures

Hi,
Could you please go take photos of Joshua Sutton at the Bent County Jail? I would confirm that he has not bonded yet first.
Thanks, gail

CONFIDENTIALITY NOTICE: This email contains confidential information and is intended only for the individual named. If you are not the intended recipient, you should not read, disseminate, distribute or copy this email. Please notify the sender immediately if you received this email by mistake and delete this email from your system.

**Morrison, Gail**

**From:** Klein, Joy

**Sent:** Monday, February 08, 2010 10:21 AM

**To:** Morrison, Gail

**Cc:** Klein-Moreno, Heidi

**Subject:** Sutton, Joshua

Called this morning. He's in segregation still. Unhappy, wants to be sent back to otero cty jail. Asked if I knew what was going on and I said yes. Did not talk w/him about anything, just said I would let you know what was up. He will be calling back. Joy

JOY L. KLEIN
OFFICE MANAGER

CONFIDENTIALITY NOTICE: This email contains confidential information and is intended only for the individual named. If you are not the intended recipient, you should not read, disseminate, distribute or copy this email. Please notify the sender immediately if you received this email by mistake and delete this email from your system.



Move to 8th Amend. Violations For U.S.D.Ct.
5th/14th


# RODNEY D. FOURACRE, DISTRICT ATTORNEY

SIXTEENTH JUDICIAL DISTRICT
311 SANTA FE AVENUE / P.O. BOX 928
LA JUNTA, COLORADO 81050
(719)384-8786 (OFFICE) - (719)384-7330 (FAX)


## INSPECTION OF EVIDENCE AUTHORIZATION

TO: (D.A. will check one or more)

______ Arkansas Valley Correctional Facility
✓ Bent County Sheriff's Office
______ Colorado State Patrol
______ Crowley County Sheriff's Office
______ Fowler Police Department
______ La Junta Police Department
______ Las Animas Police Department
______ Manzanola Police Department
______ Otero County Sheriff's Office
______ Rocky Ford Police Department
______ Other: ______

RE: YOUR CASE NUMBER(S): 1000328

CONCERNING Joshua Sutton B10M23

The following Attorney(s) ~~Torrez~~ Pro-Se

is/are representing a defendant in a pending case. Please allow the attorney(s) to inspect an/or photograph all items or physical evidence in your custody. This inspection should be done in your presence at all times. Contact the undersigned prosecutor if any problems occur.

TO: Defense Attorney:

There is or may be physical evidence in the custody of any investigating police agency. This form authorized you to inspect or photograph all evidence they have or may obtain. Contact the undersigned prosecutor with any problems or if you wish to have your own tests conducted. It is your responsibility to physically go to see or obtain any items of evidence. The District Attorney's office may also have items of physical evidence in our custody from time to time. Please check with the prosecutor handling the case to inspect such items.

The People further request compliance from the Defendant pursuant to Colorado rules of Criminal Procedure under Rule 16 (II) (b), (d), and (V) (a), (b) (1). The People further request that compliance with Rule 16 be accomplished no later than thirty (30) days prior to trial.

RODNEY D. FOURACRE, #15573
DISTRICT ATTORNEY

5-20-10
~~3-12-10~~
Date

BY: R Fouracre

Martin Barta, #16633
Phillip Palmer, #935
James S. Whitmire, #1682
Andrew J. Hayden, #40041
Samuel S. Vigil, #40454

000001

On February 4, 2010 at approximately 18:15 hrs I, Dispatcher Hall, observed a fight occurring in the dayroom of Pod B. I observed four inmates in a group with Inmate Sutton in the middle of the group bent over. The four inmates, Inmate Abeyta, Inmate Robson II, Inmate Romero, and the fourth inmate I am unable to specify who it was, were punching Inmate Sutton in the back and head. I then advised Deputy Vargas and Deputy Tomlin of the fight in Pod B. They immediately responded to Pod B left door and entered the pod together. Deputy Tomlin and Deputy Vargas then proceeded to break up the fight that was still occurring between Inmate Abeyta and Inmate Sutton. After they were successful in breaking of the part of the fight that was still occurring, Deputy Tomlin started directing all inmates in Pod B to lock down. A few inmates then proceeded to go into there assigned cells. Numerous others stayed in the dayroom and Deputy Tomlin had to go to each cell and make the inmates that belonged in that cell go in and she proceeded to shut the doors to the cells behind the incompliant inmates. Deputy Tomlin had to do this with Pod B Cell 1, 2, and 3. While Deputy Tomlin was locking down the inmates, Deputy Vargas was attempting to get Inmate Sutton cuffed. Deputy Tomlin and Deputy Vargas then continued to try and get Inmate Sutton cuffed. I advised Deputy Japhet by cell phone to respond to the jail due to a fight and an inmate refusing to be cuffed up, at 18:19 and he responded to the jail. Deputy Vargas and Deputy Tomlin finally were able to cuff up Inmate Sutton and removed him from the pod and moved him to Pod A. They then returned to Pod B and cuff Inmate Abeyta and Inmate Romero and moved them to Pod A. Deputy Tomlin and Deputy Vargas then exited Pod A and I advised them that Inmate Robson II that was in Cell 1 Pod B was also involved in the fight. Deputy Tomlin and Deputy Vargas then proceeded back into Pod B removed Inmate Robson II and also moved him to Pod A.

Misty Hall

Dispatcher Misty Hall

# Bent County Jail
# Violation Notice

**Inmate: Sutton, Joshua** **Booking #: 10-0023** **Time: Approx. 1815 hours** **Date: 02-04-2010**

**Violation: 4. Strict compliance with orders and directions from staff is mandatory. Non-compliance will result in disciplinary action. 8. Fighting, horseplay, wrestling or other type activity, which could result in injury to another or damage to county property, is prohibited and will result in disciplinary action.**

**Narrative**

**On the above date and time, I Deputy Tomlin was prepping evening medications in the med room. Deputy Vargas and I were notified over the radio by Dispatcher Hall that a fight was taking place in Pod B. We both responded and entered through the left door. Inmate Sutton, Joshua was in the middle with inmates, Abeyta, Raymond; Romero, Michael and Robson, Eugene struggling and punching Inmate Sutton. Sutton was also punching. As we entered the cell Robson went back to his cell. Direction was given to stop the fighting. It continued. I pulled Abeyta off of Sutton and Deputy Vargas separated Sutton and Romero. Vargas then backed up Sutton the NW corner of the dayroom and began trying to calm him down. Lock down was announced several times but most of the inmates did not obey. I began placing the inmates in their cells and shutting the doors. Several unknown inmates kept taunting Sutton which enraged him. In order to diffuse the situation Vargas and I began talking to Sutton. He kept moving around the dayroom and screaming at the other inmates. He refused to cuff up several times but did comply after a short time. I cuffed him up and he was escorted to PodA cell 2.**

**Vargas and myself went back to Pod B where he cuffed Romero and I cuffed Abeyta. Both were escorted to PodA cell 4. As we were leaving PodA Dispatcher Hall informed us that another inmate involved was in cell 1. Deputy Vargas had witnessed Inmate Robson also fighting before he went to his cell. Robson was also cuffed and taken to PodA cell 1. I have nothing further to report at this time.**

**Reporting Deputy:** [signature] **Supervisor:**

**Inmate pleads: ( ) Not Guilty ( ) Guilty ( ) No Contest (Check One)**

**Inmate waives the right to a hearing? ( ) Yes ( ) No (Check One)**

**Inmate signature:** ______________________ **Date** __________

**Jail Deputy serving notice:** ______________________ **Date:** __________ **Time:** __________

---

**Hearing Date:** __________ **Hearing Results: ( ) Not Guilty ( ) Guilty**

**Penalty** ______________________

**Comments:**

**Hearing Officer** ______________________

**Does the inmate want to appeal? ( ) Yes ( ) No Jail Deputy:** ______________ **Date:** __________
**Appeal results: ( ) Reversed ( ) Denied ( ) Changed to**
**Comments**

**Appeal Officer:** **Date**

000015

**Original – File – Copy - Inmate**

JAPHET, JASON

On 02/04/2010 at approximately 18:15 hours I, Deputy Jason Japhet, received notification from the Bent County Communications Center that a fight was occurring in the jail.

Upon my arrival I met with the Dispatcher (Misty Hall) who had witnessed the fight. Hall stated that while she was cleaning the dispatch area she looked into B-Pod and could see three inmates beating on another inmate.

By the time I had arrived the Jail Deputies had the fight stopped and was escorting the last of the involved Inmates to the segregation unit (A-pod).

I met with Detention Officers Vargas and Tomlin who stated they had not seen when or how the fight had started. Both Officer Vargas and Officer Tomlin were busy on other duties of the Jail when the altercation irrupted.

**Supplemental Narrative**

| Date Written: | Written By: |
|---|---|
| 02/06/2010 | JAPHET, JASON |

I met with Inmate Joshua Sutton DOB 08/17/77 who stated that as soon as he arrived in B-Pod the other inmates started talking about how he was here before and they thought his release was "fishy". Sutton said they were calling him a snitch.

Sutton said that Inmate Ray Abeyta had farted on him. Sutton said he could not remember what he told Ray but Sutton said that he approached Ray and said something. Sutton said Ray said "lets go to the shower" this is a term used by inmates to indicate they want to fight and it is hard for Jail Staff to see anything happen in the shower room. Sutton said at first he wanted to go then he backed off and started to "shadow box and work out".

Sutton said that he had been hit and he thought Ray did it so Sutton pushed Ray. Sutton said this is when the other inmates got involved and started hitting him. Sutton said the next thing he remembered was the guards stopping the fight.

Sutton could not explain how he was hit or if he was hit with a fist or an object. When I would ask these questions about how he was unable to see who hit him or what he had said to the other inmates Sutton would say " I'm getting sick, I need to vomit" then avoid the question. I stopped the questions and he would start explaining how they had jumped him. When I asked him these questions again he would start holding his head, rubbing his eyes and moaning saying "I can't remember".

**Supplemental Narrative**

| Date Written: | Written By: |
|---|---|
| 02/06/2010 | JAPHET, JASON |

I met with Inmate Ray Abeyta DOB 03/31/79 who stated that as soon as Inmate Sutton arrived in B-Pod he started shadow boxing and "acting tough". Ray said that inmate Sutton told the other inmates he was there on murder charges.

Ray said he and other inmates were playing cards at one of the tables in the day room. Ray stated that he had farted but not at anyone or in a disrespectful manner to Sutton.

Ray said Sutton approached him and said "mother fucker, fart again and see what happens

bitch". Ray said he told Sutton "lets go to the shower" Ray then said he changed his mind and did not want any more trouble.

Ray stated this is when Sutton pushed him from behind causing Ray to fall forward into the glass partition of B-Pod Cell 2. Ray stated that he held on to Sutton's clothing trying to stop Sutton from hitting him. Ray said this is when the other inmates got involved trying to get Sutton off of Ray.

**Supplemental Narrative**

| Date Written: | Written By: |
|---|---|
| 02/06/2010 | JAPHET, JASON |

I met with Inmate Eugene Robson DOB 07/10/78 who stated that as soon as inmate Sutton arrived in B-Pod he was "acting like he knew he was not staying". Robson said Sutton was "working himself up by shadow boxing".

Robson said that Sutton had a problem with Ray for farting and Sutton stood over Ray at the table and was calling him a "bitch". Robson said that Ray was trying to avoid Sutton.

Robson said that Sutton pushed Ray from behind and He and the other inmate were trying to get Sutton off of Ray.

**Supplemental Narrative**

| Date Written: | Written By: |
|---|---|
| 02/06/2010 | JAPHET, JASON |

I met with Inmate Michael Romero who stated that inmate Sutton was "acting crazy" and "calling out the pod" meaning Sutton was challenging the others to a fight. Romero said that Sutton was jumping around the pod and shadow boxing.

Romero said that he was in his cell using the restroom and as he was walking back out to the day room he could see Sutton following Ray around the table. Romero said that Ray told him that Sutton was wanting to fight and Ray did not want to.

Romero said that Sutton then pushed Ray from behind causing Ray to fall into the glass partition. Romero stated that he & Robson just tried to keep Sutton off of Ray.

**Supplemental Narrative**

| Date Written: | Written By: |
|---|---|
| 02/06/2010 | JAPHET, JASON |

After conducting this investigation I issued all four inmates a summons for Disorderly Conduct (Fighting) in violation of 18-9-106(1)(d) C.R.S.with a return date of April 21, 2010 at 1:30 p.m.

Eugene Robson was issued summons #661601
Joshua Sutton was issued summons # 661602
Raymond Abeyta was issued summons #661604
Michael Romero was issued summons #661605

**Supplemental Narrative**

| Date Written: | Written By: |
|---|---|
| 02/06/2010 | JAPHET, JASON |

Undersheriff Encinias contacted me and informed me that he had taken pictures of inmate Sutton. Please refer to his report for further information.

**Supplemental Narrative**

**Date Written:** 02/15/2010
**Written By:** JAPHET, JASON

After conducting this investigation I found the primary aggressor to be Inmate Sutton.

I discovered that Inmate Sutton had pushed Inmate Abeyta causing him to fall into the glass partition. Inmates Romero and Robson involved themselves by coming to the aid of Abeyta. Romero and Robson tried to get Sutton off of Abeyta.

Tthis is the point where Dispatch noticed the altercation and alerted the Jail Deputies.

**Supplemental Narrative**

**Date Written:** 03/02/2010
**Written By:** FRIEDERICHS, AUSTIN

On March 2, 2010 at approximatey 2100 hours I, Corporal Friederichs, followed-up on this case with additional charges. I went into the Bent County Jail located at 11100 County Road GG.5 Las Animas, Bent County, Colorado, to serve the following inmates with summons, with additional charges in regards to this case.

I served Joshua Sutton with summons number 661664 for the charge of, CRS: 18-9-111(1)(a) Harassment, I served Michael Romero with summons number 661666 for the charge of, CRS: 18-3-204 Assault III and Eugene Robson with summons number 661665 for the charge of, CRS: 18-3-204 Assault III. Joshua, Michael and Eugene all have a Bent County Court Date of April 21, 2010 at 1330 hours.

No further information.

**Supplemental Narrative**

**Date Written:** 03/03/2010
**Written By:** ENCINIAS, DAVID

On February 5th 2010 Photographs were taken of the injuries sustained by inmate Joshua L. Sutton. Joshua sustained multiple bruises throughout his body after being involved in an altercation involving other inmates. These photos will be attached to the report for review.

**Graphics**









## Case Management

| Initial Investigator | Event Status/Dispo | Event Status/Dispo Date | Report Status |
|---|---|---|---|
| JAPHET, JASON | CLEARED | 02/04/2010 | APPROVED |

**Approved By**
ENCINIAS, DAVID

# Bent County Sheriff's Office

From the desk of
Corporal Austin Friederichs

**To: Bent County Court**

**From: Corporal Austin Friederichs**

**Reference: CR # 10-S-037 (Victim & Suspect information for summons #661664)**

**Charge: CRS: 18-9-111(1)(a) Harassment**

**To Whom It May Concern:**

**I am writing this memo, which is attached to the above summons number, to provide both suspect and victim information in regards to this case, 10-S-037.**

**Victim Information:**

**Raymond Mark Anthony Abeyta**
**DOB: 03/31/1979**
**DL: 92-001-3556 CO**
**Address: 501 N. Main Street Rocky Ford, CO**
**Phone Number: (719) 254-7471**

**Suspect Information:**

**Joshua Lamon Sutton**
**DOB: 08/17/1977**
**DL: 97-087-0448 CO**
**Address: 221 3rd Street La Junta, CO**
**Phone Number: (719) 362-9896**

**Respectfully,**

[signature]

**Corporal Austin Friederichs**

**PRINT FIRMLY ON HARD SURFACE.**

COURT

## UNIFORM SUMMONS & COMPLAINT OR PENALTY ASSESSMENT

SUMMONS/ O.B.I.S. NO. 661664

THE PEOPLE OF THE STATE OF COLORADO VS

| Defendant (Last Name) | (First) | (Middle) | Age | Date of Birth Mo. Day Yr. | Approx. Time of Violation | Violation on or about Mo. Day Yr. |
|---|---|---|---|---|---|---|
| Sutton | Joshua | Lamont | 32 | 08/17/1977 | 1815 hrs | 02/04/2010 |

| Defendant's Address | City | State | Zip Code | Home Telephone | Traffic Accident | Injuries Involved | Defendant Insured |
|---|---|---|---|---|---|---|---|
| 221 3rd Street | La Junta | CO | | 719-362-9896 | ☐ Yes ☐ No | ☐ Yes ☐ No ☐ Fatal | ☐ Yes ☐ No |

| Employer's Name | Employer Address | Occupation | Business Telephone | Property Damage Involved |
|---|---|---|---|---|
| | | Jail Inmate | | ☐ Yes ☐ No |

| Driver's License No. | Commercial | Driver's Lic. Presented | State | Race | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| 97-087-0448 | ☐ Yes ☐ No | ☐ Yes ☒ No | CO | B | M | 170 | 600 | Blk | Bro |

The offense occurred in the State of Colorado, in Bent County at this approximate location:

11100 Bent County Rd. GG.5

Bent County Jail

List the violation address, street intersecting, or Highway mile marker locations with distance and direction from marker.

| Vehicle License No. | State | VIN |
|---|---|---|
| | | |

| Vehicle Color (Top/Bottom) | Commercial | Vehicle Year | Make | Type or Body Style |
|---|---|---|---|---|
| | ☐ Yes ☐ No | | | |

Registered Owner (Name and Address) ☐ Same as above or

Placarded: Nuclear Material ☐ Yes ☐ No | Hazardous Material ☐ Yes ☐ No

BASIC FACTS IF PROVEN COULD CONSTITUTE: ☐ DOMESTIC VIOLENCE ☐ A SEXUAL OFFENSE

Defendant Arrested ☐ Yes ☐ No | Defendant Photographed ☐ Yes ☐ No | Defendant Fingerprinted ☐ Yes ☐ No | Agency Case Number:

RIGHT THUMB

GANG AFFILIATION? ☐ YES ____________ Gang Name ☐ NO ☐ UNKNOWN

ARREST NO.

WITNESS NAME, ADDRESS, PHONE NUMBERS (Home & Work), DATE OF BIRTH IN ADDITION TO OFFICER LISTED BELOW

1 Name D.O.B Phone (H) / Address Phone (W)

2 Name D.O.B Phone (H) / Address Phone (W)

3 Name D.O.B Phone (H) / Address Phone (W)

4 Name D.O.B Phone (H) / Address Phone (W)

☐ ADDITIONAL WITNESSES LISTED ON REVERSE SIDE OF YELLOW COPY OF SUMMONS

PENALTY ASSESSMENT ONLY:

| | SECTION / CRS | COM. CODE | POINTS | FINE | SURCHARGE |
|---|---|---|---|---|---|
| CHARGE No. 1 | CRS: 18-9-111(1)(a) Harassment | -- | - | $ SUMMONS | $ |
| CHARGE No. 2 | | | | $ | $ |
| CHARGE No. 3 | | | | $ | $ |
| CHARGE No. 4 | | | | $ | $ |

DNA SURCHARGE $2.50

☐ ADDITIONAL CHARGES LISTED ON SUBSEQUENT SUMMONS

CO-DEFENDANT(S) ☐ Yes ☐ No LAST NAME | MAILED ☐ | NRVC ☐ | TOTAL POINTS | TOTAL FINES $ SUMMONS | TOTAL SURCHARGE $

YOU ARE SUMMONED AND ORDERED TO APPEAR TO ANSWER CHARGES AS STATED ABOVE IN BENT (NAME OF COUNTY) COUNTY COURT

If the Defendant is under 18 years of age, child must appear with parent or guardian.

LOCATED AT 725 Bent Avenue IN Las Animas COLORADO ON April 21, 2010 (DATE) TIME 1:30 ~~AM~~ PM

IF THIS DATE IS A SATURDAY, SUNDAY OR HOLIDAY, OR IF FOR ANY REASON THE COURTHOUSE IS CLOSED YOUR MANDATORY APPEARANCE DATE IS THE NEXT COURT BUSINESS DAY.

SUMMONS: TRAFFIC INFRACTION ☐ MISD. TRAFFIC ☐ MISD./PETTY ☒

WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED ABOVE. FAILURE TO APPEAR MAY CONSTITUTE A SEPARATE OFFENSE AND WILL RESULT IN A WARRANT BEING ISSUED FOR MY ARREST. SEE INSTRUCTIONS ON REVERSE SIDE. (REQUIRED COURT APPEARANCE, DO NOT MAIL.)

DEFENDANT [signature]

PENALTY ASSESSMENT: TRAFFIC INFRACTION ☐ MISD. TRAFFIC ☐ MISD./PETTY ☐

PENALTY ASSESSMENT ONLY. UPON PAYMENT OF THIS PENALTY ASSESSMENT, I ACKNOWLEDGE GUILT OF ALL CHARGES CONTAINED HEREON. I UNDERSTAND THAT THE POINTS INDICATED ABOVE (OR A REDUCED NUMBER OF POINTS AS DESCRIBED ON REVERSE SIDE) WILL BE ASSESSED AGAINST MY DRIVER'S PRIVILEGES. IF I DO NOT PAY, MY SIGNATURE IS A PROMISE TO APPEAR IN COURT. SEE INSTRUCTIONS ON REVERSE SIDE FOR POINT REDUCTIONS AND PAYMENT OF PENALTY ASSESSMENT.

SUMMONS ONLY 000020

DEFENDANT

THE UNDERSIGNED SWEARS OR AFFIRMS THAT THERE IS PROBABLE CAUSE TO BELIEVE THE DEFENDANT COMMITTED THE ABOVE OFFENSE(S) AGAINST THE PEACE AND DIGNITY OF THE PEOPLE OF THE STATE OF COLORADO AND THAT A COPY OF THIS SUMMONS & COMPLAINT OR PENALTY ASSESSMENT WAS DULY SERVED UPON THE DEFENDANT.

March 2, 2010 [signature]

OFFICER'S NO. B11226

COURT

## UNIFORM SUMMONS & COMPLAINT OR PENALTY ASSESSMENT

SUMMONS/ O.B.T.S. NO. 661602

THE PEOPLE OF THE STATE OF COLORADO VS

| Defendant (Last Name) | (First) | (Middle) | Age | Date of Birth Mo. Day Yr. | Approx. Time of Violation | Violation on or about Mo. Day Yr. |
|---|---|---|---|---|---|---|
| Sutton | Joshua | Lamont | 32 | 08/17/77 | 6:15p.m. | 02/04/2010 |

| Defendant's Address | City | State | Zip Code | Home Telephone | Traffic Accident | Injuries Involved | Defendant Insured |
|---|---|---|---|---|---|---|---|
| 221 3rd. Street | La Junta | Co. | 81052 | 719-362-9896 | ☐ Yes ☒ No | ☒ Yes ☐ No ☐ Fatal | ☐ Yes ☐ No |

| Employer's Name | Employer Address | Occupation | Business Telephone | Property Damage Involved |
|---|---|---|---|---|
| | | Jail Inmate | | ☐ Yes ☒ No |

| Driver's License No. | Commercial | Driver's Lic. Presented | State | Race | Sex | Weight | Height | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| 97-087-0448 | ☐ Yes ☒ No | ☐ Yes ☒ No | Co | B | M | 170 | 600 | Blk | Bro |

The offense occurred in the State of Colorado, in Bent County at this approximate location:

11100 Bent County Rd. GG.5

Bent County Jail

List the violation address, street intersecting, or Highway mile marker locations with distance and direction from marker.

| Vehicle License No. | State | VIN |
|---|---|---|
| | | |

| Vehicle Color (Top/Bottom) | Commercial | Vehicle Year | Make | Type or Body Style |
|---|---|---|---|---|
| | ☐ Yes ☐ No | | | |

Registered Owner (Name and Address) ☐ Same as above or

Placarded: Nuclear Material ☐ Yes ☐ No | Hazardous Material ☐ Yes ☐ No

BASIC FACTS IF PROVEN COULD CONSTITUTE: ☐ DOMESTIC VIOLENCE ☐ A SEXUAL OFFENSE

Defendant Arrested ☐ Yes ☐ No | Defendant Photographed ☐ Yes ☐ No | Defendant Fingerprinted ☐ Yes ☐ No | Agency Case Number:

GANG AFFILIATION? ☐ YES ____ Gang Name ☐ NO ☐ UNKNOWN | ARREST NO.

RIGHT THUMB

WITNESS NAME, ADDRESS, PHONE NUMBERS (Home & Work), DATE OF BIRTH IN ADDITION TO OFFICER LISTED BELOW

| | Name | D.O.B | Phone (H) | | Name | D.O.B | Phone (H) |
|---|---|---|---|---|---|---|---|
| 1 | Address | | Phone (W) | 2 | Address | | Phone (W) |
| 3 | Name | D.O.B | Phone (H) | 4 | Name | D.O.B | Phone (H) |
| | Address | | Phone (W) | | Address | | Phone (W) |

☐ ADDITIONAL WITNESSES LISTED ON REVERSE SIDE OF YELLOW COPY OF SUMMONS

PENALTY ASSESSMENT ONLY:

| | SECTION / CRS | COM. CODE | POINTS | FINE | SURCHARGE |
|---|---|---|---|---|---|
| CHARGE No. 1 | 18-9-106(1)(d) Disorderly Conduct ( Fighting ) | ********* | ***** | *SUMMONS*** | ******** |
| CHARGE No. 2 | | | | $ | $ |
| CHARGE No. 3 | | | | $ | $ |
| CHARGE No. 4 | | | | $ | $ |

DNA SURCHARGE $2.50

☐ ADDITIONAL CHARGES LISTED ON SUBSEQUENT SUMMONS | CO-DEFENDANT(S) ☐ Yes ☐ No LAST NAME | MAILED ☐ | NRVC ☐ | TOTAL POINTS | TOTAL FINES $ | TOTAL SURCHARGE $

YOU ARE SUMMONED AND ORDERED TO APPEAR TO ANSWER CHARGES AS STATED ABOVE IN BENT (NAME OF COUNTY) COUNTY COURT

If the Defendant is under 18 years of age, child must appear with parent or guardian.

LOCATED AT 725 Bent Avenue IN Las Animas COLORADO ON April 21, 2010 (DATE) TIME 1:30 AM/PM (PM circled)

IF THIS DATE IS A SATURDAY, SUNDAY OR HOLIDAY, OR IF FOR ANY REASON THE COURTHOUSE IS CLOSED YOUR MANDATORY APPEARANCE DATE IS THE NEXT COURT BUSINESS DAY.

SUMMONS: TRAFFIC INFRACTION ☐ MISD. TRAFFIC ☐ MISD./PETTY ☒

WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED ABOVE. FAILURE TO APPEAR MAY CONSTITUTE A SEPARATE OFFENSE AND WILL RESULT IN A WARRANT BEING ISSUED FOR MY ARREST. SEE INSTRUCTIONS ON REVERSE SIDE. (REQUIRED COURT APPEARANCE - DO NOT MAIL.)

DEFENDANT X [signature]

PENALTY ASSESSMENT: TRAFFIC INFRACTION ☐ MISD. TRAFFIC ☐ MISD./PETTY ☐

PENALTY ASSESSMENT ONLY. UPON PAYMENT OF THIS PENALTY ASSESSMENT, I ACKNOWLEDGE GUILT OF ALL CHARGES CONTAINED HEREON. I UNDERSTAND THAT THE POINTS INDICATED ABOVE (OR A REDUCED NUMBER OF POINTS AS DESCRIBED ON REVERSE SIDE) WILL BE ASSESSED AGAINST MY DRIVER'S PRIVILEGES. IF I DO NOT PAY, MY SIGNATURE IS A PROMISE TO APPEAR IN COURT. SEE INSTRUCTIONS ON REVERSE SIDE FOR POINT REDUCTIONS AND PAYMENT OF PENALTY ASSESSMENT.

DEFENDANT

THE UNDERSIGNED SWEARS OR AFFIRMS THAT THERE IS PROBABLE CAUSE TO BELIEVE THE DEFENDANT COMMITTED THE ABOVE OFFENSE(S) AGAINST THE PEACE AND DIGNITY OF THE PEOPLE OF THE STATE OF COLORADO AND THAT A COPY OF THIS SUMMONS & COMPLAINT OR PENALTY ASSESSMENT WAS DULY SERVED UPON THE DEFENDANT.

DATE SERVED 02/06/2010 OFFICER [signature]

OFFICER'S NO. B1 18 54

OFFICER'S DEPT. BENT COUNTY SHERIFF'S OFFICE

OFFICER - PRINT LAST NAME Deputy Japhet

DISTRICT | TROOP | PATROL

000021

REV. 5/03)

THIS IS A LEGAL DOCUMENT – READ BOTH SIDES

# Investigation report

* Note to Self!

Spoke to prosecutor today he ~~was~~ seemed shocked that Japhet had not viewed or preserved the video tape of the incident and had not received ~~an~~ or viewed my medical file after I signed the release forms.

Said he will get them as soon as possible.

Sutton 6-10-10

# Bent County Sheriff's Office
## PHYSICIAN'S REPORT

Patient Name: Joshua Lamont Sutton D.O.B. 08/17/77

Our office is reviewing an incident in which the victim is your patient. One factor we must consider is whether "serious bodily injury" as defined by Colorado State Statutes, has occurred. Please review the following definition and advise if the patient's injuries fall within this definition:

"**SERIOUS BODILY INJURY**" means bodily injury which, either at the time of the actual injury or at a later time, involves a substantial risk of death, a substantial risk of serious permanent disfigurement, a substantial risk of protracted loss or impairment of the function of any part or organ of the body, or breaks, fractures, or burns of the second or third degree. CRS 18-1-901 (3) (p)

Thank you in advance for your assistance.

______________________________
Deputy Jason W. Japhet

In my opinion "serious bodily injury" occurred.

In my opinion "serious bodily injury" did not occur.

______________________________
Signature of Doctor

______________________________
Doctor (print name)

# BENT COUNTY SHERIFF'S OFFICE
## PATIENT'S CONSENT FOR RELEASE OF MEDICAL INFORMATION

**PATIENT INFORMATION**

Name: **Joshua Lamont Sutton** | Date of Birth: **8/17/1977**

Address: **221 3rd. Street**

City: **La Junta** | State: **Co.** | Zip: **81052**

Hospital: **Ark Valley Regional Medical Center**

**This letter will authorize you to make available for use to the Bent County Sheriff's Office and the 16th Judicial District Attorney's Office, any and all hospital/medical records and/or reports concerning my admission/treatment at your facility/hospital on 02/5/2010, and any and all medical/hospital records and reports concerning my treatment thereafter. I waive the doctor-patient privilege provided by 13-90-107, C.R.S. and I consent to the examination, of any physician, surgeon or registered professional nurse as to any information acquired in attending me for injuries sustained on 2/4/2010. I authorize the Bent County Sheriff's Office and/or the 16th Judicial District Attorney's office to interview all doctors, surgeons and/or registered professional nurses concerning treatment for said injuries.**

**Signature of Patient** [signature] 02-15-10 **Date** **Signature of Witness** M. Carter 02/15/10 **Date**

**PARENT/GUARDIAN INFORMATION IF PATIENT IS A MINOR:**

Name:

Address:

City: | State: | Zip:

Relationship: **OTHER (** **)**

**I, the parent/guardian, of the person named above, do also hereby authorize the hospital/facility to release the above mentioned medical/hospital reports and records to and for use by ___the Bent County Sheriff's Office and the 16th Judicial District Attorney's Office. I waive the doctor-patient privilege provided by 13-90-107, C.R.S. and I consent to the examination of any physician, surgeon or registered professional nurse as to any information acquired in attending _ for injuries sustained on _____. I authorize the Bent County Sheriff's Office and/or the 16th Judical District Attorney's office to interview all doctors, surgeons and/or registered professional nurses concerning treatment for said injuries.**

**Signature of Parent/Guardian** **Date** **Signature of Witness** **Date**

| | |
|---|---|
| County Court<br>Bent County, State of Colorado<br>Court Address: 725 Bent Ave, Las Animas, Colorado | |
| **PEOPLE OF THE STATE OF COLORADO vs.**<br>**Defendant:** JOSHUA SUTTON | |
| Attorney or Party Without Attorney: (Name & Address)<br>SAMUEL S. VIGIL, #40454<br>DEPUTY DISTRICT ATTORNEY<br>323 SANTA FE AVENUE<br>LA JUNTA, CO 81050<br>PHONE: (719) 384-8786<br>FAX: (719) 384-7330 | ▲ COURT USE ONLY ▲<br>Case Number: 10M23<br>Div.: Ctrm: |

**MOTION AND ORDER TO DISMISS**

COMES NOW RODNEY D FOURACRE, District Attorney within and for the Sixteenth Judicial District of the State of Colorado, and moves that the above-entitled action be dismissed with / without prejudice.

As grounds therefore, the District Attorney states that:

[ ] this is done pursuant to plea negotiations in County Court Case #________.
[ ] prosecution of this offense is untenable at this time.
[ ] defendant has shown valid proof of: {insurance} {Colorado driver's License} {reinstatement} {other}
[ ] the complaining witness does not wish to prosecute.
[X] there is insufficient evidence to prosecute this case.
[ ] this case will be re-filed in District Court.
[ ] in the interests of justice.
[ ] Other: ________________

Respectfully submitted this 1ST day of JULY, 2010.

RODNEY D FOURACRE, #15573
DISTRICT ATTORNEY

BY: Samuel S. Vigil
SAMUEL S. VIGIL, #40454
DEPUTY DISTRICT ATTORNEY

**ORDER**

IT IS ORDERED that this case is dismissed with / without prejudice.

DONE this _____ day of ______________________, 20_______.

BY THE COURT:

______________________
JUDGE