IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02713-BNB

JOSHUA LAMONT SUTTON,

    Plaintiff,

v.

SGT. RACINE,
DEPUTY JESSE VARGAS, and
DEPUTY JASON JAPHET

    Defendants.

## ORDER DRAWING CASE

On completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, it appears that this case is not appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 6, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge