IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02713-WJM-MEH

JOSHUA LAMONT SUTTON,

     Plaintiff,

v.

SGT. RACINE,
DEPUTY JESSE VARGAS, and
DEPUTY JASON JAPHET

     Defendants.

---

**ORDER ADOPTING RECOMMENDATION AND
DISMISSING ACTION WITHOUT PREJUDICE**

---

This matter is before the Court on the March 8, 2012 Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") that this action be dismissed without prejudice based on Plaintiff's failure to prosecute and failure to comply with multiple Court orders. (ECF No. 36.) The Magistrate Judge also recommended that Defendants' Motion to Dismiss (ECF No. 25) be denied as moot. (ECF No. 36.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 36 at 1 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party. "In the absence of timely

objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note. In accordance with the foregoing, the Court ORDERS as follows:

1. The March 8, 2012 Recommendation (ECF No. 36) is ADOPTED;

2. The above-captioned action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders;

3. Defendants' Motion to Dismiss (ECF No. 25) is DENIED as moot; and

4. The Clerk shall enter Judgment.

Dated this 6th day of April, 2012.

BY THE COURT:

William J. Martínez
United States District Judge