**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-02713-WJM-MEH

JOSHUA LAMONT SUTTON,

Plaintiff,

v.

SGT. RACINE,
DEPUTY JESSE VARGAS, and
DEPUTY JASON JAPHET,

Defendants.

---

FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Recommendation And Dismissing Action Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on April 6, 2012,

IT IS ORDERED as follows:

1. That the March 8, 2012 Recommendation [ECF No. 36] is ADOPTED;
2. Final Judgment is entered for Defendants Racine, Vargas and Japhet and against the Plaintiff and the action and Complaint are dismissed WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

Dated at Denver, Colorado this 9th day of April 2012.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk